Ricardo Jose Calderón López
4529 Glencoe Ave., Ste. C9
ATT: General Delivery
Marina Del Rey, C.A. 90292
E-Mail Address:
*ricardocalderonlopez@outlook.com*
*Pro Se*



FILED
CLERK, U.S. DISTRICT COURT
2/3/25
CENTRAL DISTRICT OF CALIFORNIA
BY   MRV   DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO JOSE CALDERÓN LÓPEZ, D/B/A STARLIGHT CONSULTING SERVICES ET, AL.** **PLAINTIFFS'** vs. **U.S. DISTRICT COURT-CENTRAL DISTRICT OF CALIFORNIA** **DEFENDANT** | Case No.: 2:25-cv-00949-FLA(Ex) **Personal Injury Claim** **Civil Code § 50** |

1

**HONORABLE DISTRICT COURT:**

Per **l.r. 3-1** & **civil code § 50** pursuant **28 U.S.C. § 1346(a), (b)(1)** the *pro se* plaintiffs in the above captioned personal injury *alter ego* case moves the court *See Erickson V. Pardus*, 551 U.S. 89 (2007)(Per Curiam) for financial compensation, caused by willful act(s) of due process **18 U.S.C. § 242** from an unsupervised court *Dickerson V. United States*, 530 U.S. 428 (2000) negligently entertaining plaintiff state cause of action **civil code § 3300** filed in U.S. district court. *See Gasperini V. Ctr. for Humanities,* 518 U.S. 415 (1996), *McNeil V. United States,* 508 U.S. 106 (1993), *Braswell V. United States,* 487 U.S. 99 (1988), *Berktz. V. U.S.,* , 486 U.S. 531 (1988), *Schwker. V. Chilicky,* 487 U.S. 412 (1988), *Seedman V. U.S. District Court,* 837 F.2d 413 (9th Cir. 1988)

District court, on December 6, 2013 pursuant **28 U.S.C. § 1654** the plaintiffs filed a breach of contract **§ 3300** claim on behalf of a lawful-Corporate Personality against a-conspiring **18 U.S.C. § 241**-landlord Paying the Filing Fee **(ECF No. 1.)**; on the 19th providing service of process **(ECF No. 10.)**; however, upon filing proof of service **[10.]** unsupervised-unknowns state officer(s) **G.C. § 820(a)** servicing the defendant denied citizens **8 U.S.C. § 1402**-access to court *See Calderon V. Moore*, **518 U.S. 149 (1996)(Per Curiam)**, *Arizona V. Fulminante*, 499 U.S. 279 (1991); on Dec. 18 after judge Otis D. Wright II announced its order **(ECF No. 6.)** & after plaintiffs' filed a-timely notice of appeal **(ECF No. 11.)** the defendant erroneously-initiated 9th cir. review of a non-final order **[6.]** causing Emotional Pain & Distress, depriving the plaintiffs' of due process. *See Truman V. United States*, **26 F.3d 592 (5th Cir. 1994)**

Consequently, on April 10, 2014 plaintiffs' presented the responsible agency with an FTCA claim **(ECF No. 38.)-(Appendix A)**; however, ongoing conspiracy **§ 241** by state personnel **§ 820(a)**, define under **28 U.S.C. § 2671(1)** the adm. claim was docketed as a related document by the office of the clerk **[38.].** *See Brownbak V. King,* 592 U.S.__(2021), *Schlanenhauf V. Holder,* 379 U.S. 104 (1964)

**Wherefore**, per California Civil Code **§ 3294(a)** pursuant **28 U.S.C. § 2201**, **§ 2679(b)(2)(A)** plaintiffs' respectfully request to grant their personal injury *bivens type* claim, caused by ongoing deprivation of rights from unsupervised-unknown(s) impending a contractual relationship **§ 3300** of citizen(s) in servicing the defendant awarding the plaintiff an amount not less than $1,001,000.00 (One Million and one thousand dollars in a case define by **42 U.S.C. § 1997e(e)**. *See Castro V. U.S.,* 540 U.S. 375(2003), *Napier V. Preslicka,* 331 F.3d 1189 (11th Cir. 2003), *Sonora Co. V. Superior Court,* 83 Cal.App.4th 523 (Cal. Ct. App. 2000), *Sheridan V. U.S.,* 487 U.S. 392 (1988), *City of Okl. V. Tuttle,* 471 U.S. 808 (1985), *Energy Group V. Kansas Power & Light,* 459 U.S. 400 (1983), *Reopke V. W. National Life Ins. Co.,* 302 N.W.2d 350 (Minn. 1981), *Bivens V. Six Unknown Name Agents of the FBN,* 403 U.S. 388 (1971)

In Los Angeles, C.A., this 3rd day of February 2025

/s/Ricardo J. Calderón López, d/b/a
**Starlight Consulting services**
*Pro Se*

## Service of Process:

I, **Ricardo Jose Calderón López**, hereby certify that on this 3rd day of February 2025 per **28 U.S.C. § 1746** filed the foregoing with the Office of the Clerk at the United States District Court-Central District of C.A., pursuant **§ 1915(a),** using the **ECF** service, provided to *Pro-Se* litigants.

Office of the U.S. Attorney General
Central District of C.A.
312 North Spring Street,
Suite 1200
Los Angeles, C.A. 90012

4

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  ODW

From: Slonefor , Deputy Clerk    Date Received: 4-14-14

Case No.: CV 13-9025-ODW (AGRx)    Case Title: Calderon v. Sunset Housing

Document Entitled: Letter to the Clerk of Court

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 — Documents must be filed electronically
- ☐ Local Rule 6-1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 — Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 — Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine disputes of material fact lacking
- ☒ Local Rule 83-2.11 — No letters to the judge
- ☐ Fed. R. Civ. P. 5 — No proof of service attached to document(s)
- ☒ Other: You must seek legal advise to properly submit correspondence to the Court.

FILED
CLERK, U.S. DISTRICT COURT
APR 18 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date _____    U.S. District Judge / U.S. Magistrate Judge _____

☒ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

Date: 4-18-14    U.S. District Judge / U.S. Magistrate Judge _____

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 - ORIGINAL - OFFICE    COPY 2 - JUDGE    COPY 3 - SIGNED & RETURNED TO FILER    COPY 4 - FILER RECEIPT

CV-104A (06/12)    NOTICE OF DOCUMENT DISCREPANCIES

April 10, 2014

United States District Court-Central District of California
**ATT: Terry Nafisi-Clerk of Court**
312 N. Spring Street
Los Angeles, C.A. 90012

**Re: Standard Form 95-U.S. Department of Justice (FTCA)
1st Class Certified Mail #: 7013 2250 0001 4972 4355**

Dear Terry Nafisi:

Attached find reference **form 95** to present claim under the Federal Tort Claims Act **(FTCA)** on personal injury caused by federal personnel negligence, while servicing the office of the clerk; mishandling documents on the referenced case, injuring the complainant.

Sincerely,

Ricardo J. Calderón López
Starlight Entertainment Enterprises, Inc.
P.O. Box 352
Pacific Palisades, C.A. 90272
Fax #: 310-317-7448
E-mail Address:
ricardocalderonlopez@gmail.com

Starlight Entertainment Enterprises, Inc.
Official Corporate Seal

Page 1 of 1

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States District Court-Central District of California<br>312 N. Spring Street<br>Los Angelesm C.A., 90012 | Ricardo J. Calderón López<br>P.O. Box 352<br>Pacific Palisades, C.A. 90272 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>12/13/1973 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>12/18/2013 | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

See Attached

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Emotional Pain and Distress

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

12. (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | $1,000.00 | | $1,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | | Sin |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

April 14, 2014

United States District Court-Central District of California
**ATT: Terry Nafisi-Clerk of Court**
312 N. Spring Street
Los Angeles, C.A. 90012

Re: **Case No.: CV13-09025-ODG (AGRx)-Standard Form 95 Complaint
Basis of Claim**

Dear Terry Nafisi:

    On December 6, 2013 the complainant filed civil rights complaint-Breach of Contract at the United States District Court-Central District of California, the personnel servicing the office of the clerk identifying such as case **CV13-09025 ODG (AGRx)-(ECF No. 1.)**.

    On December 13, 2013 District judge Ottis D. Wright II announced an order **(ECF No. 6.)** Dismissing the complaint and denying motion requesting order to proceed Pro Se; the complainant responding on December 18, 2013 filing motion in opposition to the order **(ECF No. 8.)**, including a timely notice of appeal **(F.R.A.P. 4(a)(2))**.

    However, on December 18, 2013 <u>personnel servicing the office of the clerk act in frolic of their own</u>, mistakenly acting-filing the attached timely noticed of appeal, erroneously initiating appeals case **13-57153**, before judge Ottis D. Wright entertained the complainant-plaintiff filed motion in opposition to the order dismissing the complaint **(ECF No. 13.)**, causing a chain reaction of unlawful events, injuring the complainant, provoking such to file motion for default on clerk **(ECF No. 22.)**.

| INSURANCE COVERAGE | | |
|---|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. | | |
| 15. Do you carry accident insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No | | |
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No | | 17. If deductible, state amount. |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts). | | |
| 19. Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No | | |

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK